UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Melindia Jackson
P.O. Box 305
Allegan, Michigan 49010
269 673-4422
Plaintiff/ Pro Per

VS

Register Agent/ CT Corporation
30600 Telegraph Rd Suite 2345
Bingham Farm, MI 48025
 For
IDS Property and Casualty Insurance Co
3500 Packerland Drive
De Pere, Wisconsin 54115
Defendant
Telephone 1800 872-5246

Case No:
Hon.

FILED - KZ
October 4, 2013 4:20 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
bd / ___ Scanned by/M/S 10/4

1:13-cv-1098
Janet T. Neff
U.S. District Judge

Complaint
I

Plaintiff lives in Allegan County Michigan. Defendant place of business and Corporation is in another states. Plaintiff has file a claim against defendant based on Discrimination under the Elliot Larson Act 453 of 1976. Based on Disability, sex, and race.

1. Plaintiff has been treated differently than other that have claims with the insured company. Claim1122887C201 and Claim  5 - 14 - 11

2.. After meeting with plaintiff locally in December of 2011. Defendants of IDS Property and casualty insurance also known as aka/Amerprise Auto and Home Insurance in claims department employees Michelle Daniels, Gina Knuth, Stacey Bartz, and Thomas Boogard; begin to harass, threaten with claim of being denied claim service try to entrapment plaintiff. Defendants has did these acts with malice and intent.

3. Also harassment with making slanderous and libel claim of plaintiff being a OPID user which is false; plaintiff has never had a history now or before of ever user Heroin or any other illegal substances.

4. Defendants have cause harm to plaintiff for possible future employment because of liberal and slanderous act had been enter into her MIB record which is false and untrue Defendant knew this because Defendants of said Business and Corporation had been working with Plaintiff on claims up last to contact in May of 2013.

5. Plaintiff have tried in the past to resolve this whole issue.

6. Plaintiff Request a award of damages in the amount of $500.000.00

Signature  Melindia Jackson   Date  October 4, 2013