UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDIA JACKSON,

       Plaintiff,

v.

IDS PROPERTY AND CASUALTY
INSURANCE CO.,

       Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:13-cv-01098

## ORDER TO SHOW CAUSE

Plaintiff shall appear before Magistrate Judge Ellen S. Carmody, 650 Federal

Building, 110 Michigan N.W., Grand Rapids, Michigan, on **May 9, 2014 at 11:00 AM** to show

cause why **Defendant's Motion to Strike Plaintiff's Complaint (Dkt. 8) and Defendant's Motion**

**to Dismiss Based on Plaintiff's Failure to File Opposition to Its Motion to Strike Complaint**

**(Dkt. 10)** should not be granted and plaintiff's complaint dismissed pursuant to Fed. R. Civ. P. 41(b)

and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and

orders of this court.

       **IT IS SO ORDERED**.

Date:  April 30, 2014

                                /s/ Ellen S. Carmody
                                ELLEN S. CARMODY
                                United States Magistrate Judge