UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDIA JACKSON,

    Plaintiff,                            Case No. 1:13-cv-1098

v.                                        HON. JANET T. NEFF

IDS PROPERTY AND CASUALTY
INSURANCE CO.,

    Defendant.
_____/

## ORDER

This is a civil action filed by a *pro se* litigant. Defendant filed a Motion to Dismiss Based on Plaintiff's Failure to File Opposition to Its Motion to Strike Complaint (Dkt 10). The motion was referred to the Magistrate Judge, who issued a Report and Recommendation on May 12, 2014, recommending that this Court grant the motion, and this matter dismissed pursuant to FED. R. CIV. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Based on Plaintiff's Failure to File Opposition to Its Motion to Strike Complaint (Dkt 10) is GRANTED, and this matter is dismissed pursuant to FED. R. CIV. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.

A Judgment will be entered consistent with this Order.

Dated: June 3, 2014  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge