UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDIA JACKSON,

    Plaintiff,    Case No. 1:13-cv-1098

v.    HON. JANET T. NEFF

IDS PROPERTY AND CASUALTY
INSURANCE CO.,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is DISMISSED pursuant to FED. R. CIV. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.

Dated: June 3, 2014       /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge